UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ANNUITY, WELFARE AND
APPRENTICESHIP SKILL IMPROVEMENT &
SAFETY FUNDS OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 15,
15A, 15C & 15D, AFL-CIO, by their Trustees
Thomas A. Callahan, John McNamara, Michael
Salgo and Robert G. Wessels, et al.,

                          Plaintiffs,

            -against-

COMMODORE CONSTRUCTION CORP.,

                          Defendant.

25-CV-8868 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

Defendant Commodore Construction missed its deadline to answer or otherwise respond to the Complaint and has not yet appeared on the docket. Accordingly, the initial pretrial conference scheduled for February 24, 2026, is HEREBY ADJOURNED *sine die*. The Clerk of Court further provided a certificate of default. *See* ECF No. 14. By February 24, 2026, Plaintiffs are directed to file their motion for default judgment.

Dated: February 10, 2026
       White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge