UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ANNUITY, WELFARE AND
APPRENTICESHIP SKILL IMPROVEMENT &
SAFETY FUNDS OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 15,
15A, 15C & 15D, AFL—CIO, et al.,

                Plaintiff,

-against-

COMMODORE CONSTRUCTION CORP.,

                Defendant.

25-CV-8868 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    Pursuant to ECF No. 24, Defendant Commodore Construction Corp. was ordered to show cause why default judgment should not be granted against them by April 17, 2026. The Court received no filing. Accordingly, the parties are directed to appear for a default hearing on April 30, 2026, at 4:00 PM. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 323827800#. Plaintiffs are directed to serve this Order upon Defendants by April 23, 2026, and file proof of the same on the docket by April 24, 2026.

Dated:  April 20, 2026
       White Plains, New York

                SO ORDERED.

                JESSICA G. L. CLARKE
                United States District Judge