UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————X

THE ANNUITY, WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO BY THEIR
TRUSTEES THOMAS A. CALLAHAN, JOHN McNAMARA,
MICHAEL SALGO and ROBERT G. WESSELS, CENTRAL
PENSION FUND OF THE INTERNATIONAL UNION OF
OPERATING ENGINEERS, BY ITS CHIEF EXECUTIVE
OFFICER JOSEPH SHELTON, and INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D,
AFL-CIO BY ITS PRESIDENT & BUSINESS MANAGER
THOMAS A. CALLAHAN,

**DEFAULT JUDGMENT**

25-CV-8868 (JGLC)

                              Plaintiffs,

          -against-

COMMODORE CONSTRUCTION CORP.,

                              Defendant.

——————————————————————————X

      For the reasons stated on the record at the April 30, 2026 conference, the Court grants Plaintiffs' motion for default judgment. The Clerk of the Court is directed to enter judgment against Defendant COMMODORE CONSTRUCTION CORP. in the amount of $20,711.11, which has been calculated as follows: (1) $13,055.94 in ERISA contributions; (2) $1,078.08 in interest; (3) $1,482.11 in liquidated damages; (4) $1,134.40 in non-ERISA contributions; (5) $3,365.00 in attorneys' fees; and (6) $603.00 in costs and disbursements. The Clerk of Court is directed to terminate ECF No. 16 and close the case.

Dated: White Plains, New York
      May 1, 2026

                                      **SO ORDERED.**

                                     *Jessica Clarke*

                                     **Jessica G. L. Clarke**
                                     **United States District Judge**